UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARCOS ROMERO, on behalf of himself, FLSA Collective Plaintiffs, and the Class,<br><br>                              Plaintiff,<br><br>            -against-<br><br>NEW BLUE FLOWERS GOURMET CORP., d/b/a CAFÉ ALICE, *et al.*,<br><br>                              Defendants. | 16cv08753 (DF)<br><br>**JUDGMENT** |

**DEBRA FREEMAN, United States Magistrate Judge:**

This action being before this Court on consent of the parties pursuant to 28 U.S.C. § 636(c); and this Court having previously approved the parties' settlement agreement and having expressly retained jurisdiction to enforce that agreement; and plaintiff Marcos Romero ("Plaintiff") having now moved to enforce the settlement agreement and for entry of judgment against defendants New Blue Flowers Gourmet Corp., d/b/a Café Alice; 74 Fifth Ave Market Corp., d/b/a U Way Café; Valent & Cook At 57th Street Corp., d/b/a C'est Bon Café, and Byung Sik Lim (collectively, herein, "Defendants") due to their failure to pay the settlement amount; and Plaintiff's motion having been granted in substantial part by the Court, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff have judgment against Defendants, as identified herein, in the principal amount of $12,000, plus contractual penalties in the amount of $3,911.88, for a total of **$15,911.88.**

Dated:  New York, New York
            March 8, 2021

                                                                                    SO ORDERED:

                                                                                    _____
                                                                                    DEBRA FREEMAN
                                                                                    United States Magistrate Judge